William Earl GORHAM, Petitioner—
Appellant,

v.

George KENTWORTHY; Paul Taylor;
P. Lowrychavis, Programs Supervisor
at Lumberton Correctional Institu-
tion, Respondents—Appellees.

No. 06–7681.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 18, 2007.

Decided: Jan. 24, 2007.

William Earl Gorham, Appellant Pro Se.

Before WILKINSON, TRAXLER, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William Earl Gorham appeals the dis-
trict court's orders dismissing part of his
42 U.S.C. § 1983 (2000) complaint as frivo-
lous under 28 U.S.C. § 1915(e)(2)(B) (2000)
and denying relief on the remainder of his
claims. We have reviewed the record and
find no reversible error. Accordingly, we
affirm both orders for the reasons stated
by the district court. *See Gorham v.
Kentworthy,* No. 5:05–ct–00042–H (Aug. 4,
2005 and Sept. 12, 2006). We also deny

Gorham's motion to alter his filing fee.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*